IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDSEY BLAHOUS, *on behalf of herself, as guardian for her minor children L.B., F.B., and D.I. and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>SARRELL REGIONAL DENTAL CENTER FOR PUBLIC HEALTH, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:19-cv-798-RAH-SMD |

## **FINAL JUDGMENT**

In accordance with the order of the Court, entered in this case on this day, judgment is entered in favor of Defendants, and against Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 16th day of July, 2020.

                              /s/ R. Austin Huffaker, Jr.
                         R. AUSTIN HUFFAKER, JR.
                         UNITED STATES DISTRICT JUDGE